**Below is the Order of the Court.**

_____
**Christopher M. Alston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **POMEROY, Rebecca Anna**<br>Debtor.<br>_____<br>**POMEROY, Rebecca Anna**<br>Plaintiff,<br>v.<br>**SAFECO INSURANCE COMPANY OF AMERICA INC**<br>Defendant. | Number 17-13739<br><br>Adversary Number: 18-01067<br><br>**JUDGMENT** |

THIS MATTER having come on regularly based upon the Motion and Declaration for Judgment and the Court having reviewed the files and records herein and being otherwise fully advised in the premises, it is

ORDERED, ADJUDGED AND DECREED that Safeco Insurance Company Of America Inc, does not have a valid and enforceable lien or right of payment against the Settlement Proceeds of $12,400.00 and or judgment against the tortfeasor in regards to an automobile accident that took place on or about the 31st day of October 2015 in King County Washington involving the Plaintiff in regards to Safeco's automobile Policy Number H2260735 (and Safeco's claim known internally as Safeco "Claim No. 103632806002").

JUDGMENT - 1

Law Offices of Travis Gagnier, Inc., P.S
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA  98063-3949
Phone: (253) 941-0234   Fax: 941-0476

Case 18-01067-CMA    Doc 10    Filed 07/13/18    Ent. 07/13/18 08:22:19    Pg. 1 of 2

**Below is the Order of the Court.**

///End of Order///

Presented by:

Law Offices of Travis Gagnier, Inc., P.S.
Attorneys for Plaintiff

/s/ Travis A. Gagnier
Travis A. Gagnier, WSBA #26379
Gregory Jalbert, WSBA #9480
Of Counsel

JUDGMENT - 2

Law Offices of Travis Gagnier, Inc., P.S
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
Phone: (253) 941-0234  Fax: 941-0476